# ALEXANDER, POOLE & COMPANY, INC.
## "THE ATTORNEY'S SERVICENTER"
### *CELEBRATING OVER 50 YEARS OF SERVICE!*
P.O. BOX 69 • ALBANY, NEW YORK 12201
TELEPHONE (518) 436-0895 • FAX (518) 436-7366
TAX ID # 14-1482374

**Invoice #** 1413559
July 31, 2014

The Woods Law Firm LLC
Roderick D. Woods, Esq.
100 Pearl Street   14th Floor
Hartford, CT 06103

Your File No.: Woods
Contract or SFS No.:

**Caption:** *Roderick D. Woods,* Plaintiff/Petitioner
vs
*Cohen and Slamowitz, LLP and Midland Funding, LLC,* Defendant/Respondent

Date Received: 7/31/2014
Serve By Date:
Date Returnable:
Docket or ID #: 1:14-CV-358
Court: U. S. District
County: Northern Dist.

**Re:** Cohen & Slamowitz, LLP s/h/a Cohen and Slamowitz, LLP

Docs. Served: Summons in a Civil Action & Complaint
OR
Svc. Provided:

Date Served: 7/31/2014
Time Served: 1:42 pm
Address Attempted:

Original: [ ]   We File: [ ]
Server: Kyle Warner

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 7/31/2014 | Secretary of State Fee ($40) - Prepd byCust | $40.00 | |
| 7/31/2014 | Service on Secretary of State-Expedite | $28.00 | |
| | Copies Made Per Request | $4.00 | |
| | **Total Service Fees and Total Fees Prepaid:** | **$72.00** | |

There will be a $25.00 late charge added to all past due accounts.
Fees 30 days past due will accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and reasonable attorney fees to collect unpaid accounts.

**Amount Due =   $72.00**
**Due Before:   August 30, 2014**

**Remarks:**

---

**Payable upon receipt. Please pay from this invoice.**
Please detach and return this section with your payment or include Invoice number on your payment.
Make checks payable to Alexander Poole & Co., Inc.   *There will be a $30.00 service fee on all returned checks*
**We now accept eChecks, Visa, Mastercard and Discover**

The Woods Law Firm LLC
Roderick D. Woods, Esq.
100 Pearl Street   14th Floor
Hartford, CT  06103
FAX:  860-249-7001

Invoice•Work Order #:  1413559
Invoice Date:  July 31, 2014
Attorney's ID#:  A11543

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

**Total Amount Due=   $72.00**

**Amount Paid**_____

**Due Before:        August 30, 2014**

Index # **1:14-CV-358**

Attorney(s):

Purchased/Filed: **April 1, 2014**

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York          U. S. District Court          Northern Dist. County

Roderick D. Woods,

Plaintiff

against

Cohen and Slamowitz, LLP and Midland Funding, LLC,

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 30 Yrs.

Weight: 160 Lbs.   Height: 5' 9"   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

_____Kyle Warner_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on     July 31, 2014    , at   1:42 pm  , at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served **Summons in a Civil Action & Complaint**

on     **Cohen & Slamowitz, LLP s/h/a Cohen and Slamowitz, LLP**     , the Defendant in this action, by delivering to and leaving with     Amy Lesch     , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of     40     dollars; That said service was made pursuant to Section   PARTNERSHIP LAW §121-1505 (LLP'S) .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
  31st   day of       July 2014

*/s/ Paula J. Cole*
PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

*/s/ Kyle Warner*
Kyle Warner

Invoice-Work Order # 1413559

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  201407310481                          Cash #:  201407310339
Date of Service:  07/31/2014                      Fee Paid:  $40 - CHECK
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 121-1505 OF THE
   PARTNERSHIP LAW

Party Served:  COHEN & SLAMOWITZ, LLP


Plaintiff/Petitioner:
          WOODS, RODERICK D



Service of Process Address:
COHEN & SLAMOWITZ, LLP
199 CROSSWAYS PARK DRIVE
PO BOX 9004
WOODBURY,  NY 11797-9004
                                                  Secretary of State
                                                      By   AMY LESCH
```

# ALEXANDER, POOLE & COMPANY, INC.

"THE ATTORNEY'S SERVICENTER"

**CELEBRATING OVER 50 YEARS OF SERVICE!**

P.O. BOX 69 • ALBANY, NEW YORK 12201
TELEPHONE (518) 436-0895 • FAX (518) 436-7366
TAX ID # 14-1482374

**Invoice #** 1413561
July 31, 2014

The Woods Law Firm LLC
Roderick D. Woods, Esq.
100 Pearl Street   14th Floor
Hartford, CT 06103

Your File No.: Woods
Contract or SFS No.:

| | | |
|---|---|---|
| **Caption:** | *Roderick D. Woods,*  Plaintiff/Petitioner  vs  *Cohen and Slamowitz, LLP and Midland Funding, LLC,*  Defendant/Respondent | Date Received: 7/31/2014  Serve By Date:  Date Returnable:  Docket or ID #: 1:14-CV-358  Court: U. S. District  County: Northern Dist. |
| **Re:** | **Midland Funding LLC** | |

Docs. Served: Summons in a Civil Action & Complaint
OR
Svc. Provided:

Date Served: 7/31/2014
Time Served: 1:42 pm
Address Attempted:

Original: [ ]   We File: [ ]
Server: Kyle Warner

| Date | Service Description | Service Fee | Payments |
|---|---|---|---|
| 7/31/2014 | Secretary of State Fee ($40) - Prepd byCust | $40.00 | |
| 7/31/2014 | Service on Secretary of State-Expedite | $28.00 | |
| | Copies Made Per Request | $4.00 | |
| | **Total Service Fees and Total Fees Prepaid:** | **$72.00** | |

There will be a $25.00 late charge added to all past due accounts.
Fees 30 days past due will accrue interest at the rate of 1.5% per month plus any reasonable costs of collection. Customer is responsible for collection fees, court costs and reasonable attorney fees to collect unpaid accounts.

**Amount Due =   $72.00**
**Due Before:   August 30, 2014**

**Remarks:**

---

## Payable upon receipt. Please pay from this invoice.

Please detach and return this section with your payment or include Invoice number on your payment.
Make checks payable to Alexander Poole & Co., Inc.           *There will be a $30.00 service fee on all returned checks*
**We now accept eChecks, Visa, Mastercard and Discover**

The Woods Law Firm LLC
Roderick D. Woods, Esq.
100 Pearl Street   14th Floor
Hartford, CT 06103
FAX: 860-249-7001

Invoice•Work Order #:  1413561
Invoice Date:  July 31, 2014
Attorney's ID#:  A11543

**Alexander, Poole & Co., Inc.**
**P.O. Box 69**
**Albany, New York, 12201**

**Total Amount Due=  $72.00**

**Amount Paid** _____

**Due Before:        August 30, 2014**

Index # **1:14-CV-358**

Attorney(s):

Purchased/Filed: **April 1, 2014**

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York        U. S. District Court        Northern Dist. County

Roderick D. Woods,

Plaintiff

against

Cohen and Slamowitz, LLP and Midland Funding, LLC,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**        Approx. Age: 30 Yrs.

Weight: 160 Lbs.   Height: 5' 9"   Sex: Female   Color of skin: White

Hair color: Blonde   Other:

Kyle Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 31, 2014, at 1:42 pm, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served **Summons in a Civil Action & Complaint**

on **Midland Funding LLC**, the Defendant in this action, by delivering to and leaving with Amy Lesch, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §303.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this 31st day of July 2014

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

Invoice•Work Order # 1413561

```
                    State of New York - Department of State
                               Receipt for Service


Receipt #:  201407310485                              Cash #: 201407310343
Date of Service:  07/31/2014                          Fee Paid: $40 - CHECK
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served:  MIDLAND FUNDING  LLC


Plaintiff/Petitioner:
          WOODS, RODERICK D



Service of Process Address:
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY,  NY 12207

                                                       Secretary of State
                                                       By  AMY LESCH
```